IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                )
                                 )    2:10-cv-03318-GEB-EFB
          Plaintiff,             )
                                 )
     v.                          )    ORDER OF DISMISSAL
                                 )
Piara Singh Ghuane,              )
Individually and d/b/a Save      )
Mart Foods,                      )
                                 )
          Defendant.             )
_____)

        Plaintiff filed a Notice of Settlement on April 11, 2011, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 15.) Therefore, an "Order Re: Settlement and Disposition" was filed on April 13, 2011, which directed the parties to file a dispositional document no later than May 11, 2011. (ECF No. 17.) The April 13, 2011 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

        Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

        IT IS SO ORDERED.

Dated:  May 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1